# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BARBARA A. PEREZ AND OTHERS
SIMILARLY SITUATED,

          Plaintiffs,

-vs-                                  Case No. 6:08-cv-877-Orl-28DAB

LCM INVESTMENTS, INC., DELTA
DRIVERS SERVICE, INC., AVIS
BUDGET GROUP, INC.,

          Defendants.

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement Agreement and Stipulation of Dismissal with Prejudice (Doc. No. 65) filed January 23, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 26, 2009 (Doc. No. 67) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement Agreement and Stipulation of Dismissal with Prejudice is **GRANTED**.

3. The settlement is approved as a "fair and reasonable resolution of a bona fide dispute" over Fair Labor Standard Act issues.

4. This case is dismissed with prejudice.

5. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 24th day of February, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party